

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**LESLIE RAY UPCHURCH,**<br><br>*Defendant.* | Case No. **CR 24-122 RAW** |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**FELON IN POSSESSION OF FIREARM AND AMMUNITION**
**[18 U.S.C. §§ 922(g)(1) & 924(a)(8)]**

On or about April 28, 2023, in the Eastern District of Oklahoma, the defendant, **LESLIE RAY UPCHURCH**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm and ammunition, to wit:

- one (1) Ruger, Model EC9s, 9mm Luger caliber, semi-automatic pistol, serial number 455-30834; and

- approximately eight (8) rounds of assorted 9mm Luger caliber ammunition, to include seven rounds of Aguila branded, and one round of Federal branded,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION
**[18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]**

The allegations contained in Count One of this Indictment are hereby re-alleged and

incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), the defendant, **LESLIE RAY UPCHURCH**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one (1) Ruger, Model EC9s, 9mm Luger caliber, semi-automatic pistol, serial number 455-30834; and

- approximately eight (8) rounds of assorted 9mm Luger caliber ammunition, to include seven rounds of Aguila branded, and one round of Federal branded.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

JACOB R. PARKER, OBA #32848
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY